In re HCA Health Services of LA Inc. f/k/a et al.; Children Hospital et al.; Baton Rouge General Medical Center; Magellan Health Services f/k/a et al.; Vermilion Parish Hospital Service Dist. No. 2 d/b/a et al.; *818 Jefferson Parish Hospital Dist. No. 1 d/b/a et al.; — Defendants; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. E, No. 99-09855; to the Court of Appeal, Fourth Circuit, Nos. 2001-C-0452, 2001-C-0458, 2001-C-0459.
Denied.
VICTORY, J., would grant the writ.